**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | November 12, 2013 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Tammy Hoffschildt | | |

Criminal Case No. **09-cr-00424-WYD**          Counsel:

UNITED STATES OF AMERICA,                     Jeremy S. Sibert

      Plaintiff,

v.

**1.  MOHAMMED IFIKHAR MALIK**,              Mark C. Johnson

      Defendant.

### COURTROOM MINUTES

**MOTIONS HEARING**

**1:53 p.m.**   Court in Session - Defendant present (in-custody)

        APPEARANCES OF COUNSEL.

        Court's opening remarks.

1:56 p.m.   Government's witness **Lee Gregory Hockman** sworn.

1:56 p.m.   Direct examination by Government (Mr. Siebert).

**3:16 p.m.**   Court in Recess

**3:50 p.m.**   Court in Session

| | |
|---|---|
| 3:50 p.m. | Government's witness **Lee Gregory Hockman** resumes. |
| | Cross examination by Defendant (Mr. Johnson). |
| 4:26 p.m. | Re-Direct examination by Government (Mr. Siebert). |
| 4:28 p.m. | Government rests. |
| 4:28 p.m. | Argument by Defendant (Mr. Johnson). |
| 4:31 p.m. | Argument by Government (Mr. Siebert). |
| **ORDERED:** | Defendant's Motion Raising the Defense of Necessity as to the Two Counts in the Indictment [ECF Doc. No. 65], filed July 2, 2012, is **TAKEN UNDER ADVISEMENT.** |
| | Defendant's Motion for Discovery of the Grand Jury Transcripts in this Case [ECF Doc. No. 109], filed July 17, 2013, is raised for argument. |
| 4:37 p.m. | Argument by Government (Mr. Siebert). |
| 4:38 p.m. | Argument by Defendant (Mr. Johnson). |
| **ORDERED:** | Defendant's Motion for Discovery of the Grand Jury Transcripts in this Case [ECF Doc. No. 109], filed July 17, 2013, is **DEFERRED.** |
| 4:39 p.m. | Discussion regarding length of trial being approximately five days and witnesses who will be traveling from Pakistan. |
| **ORDERED:** | Government shall file motion regarding trial setting not later than **Wednesday, November 20, 2013.** |
| **ORDERED:** | Defendant is **REMANDED** into the custody of the U.S. Marshal. |
| **4:42 p.m.** | Court in Recess - HEARING CONCLUDED. |

**TOTAL TIME:   2:15**