UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   09-cr-00424-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MOHAMMED IFTIKHAR MALIK,

    Defendant.

---

## ORDER

---

    THIS MATTER is before the Court on the Government's Motion to Disclose Grand Jury Material To Defense [ECF No. 173].   After careful consideration, it is

    ORDERED that Government's Motion to Disclose Grand Jury Material to Defendant [ECF No. 173], filed March 7, 2014, is **GRANTED.**   It is

    FURTHER ORDERED that grand jury testimony may be disclosed to defendant and his attorney in the course of discovery in this case.   It is

    FURTHER ORDERED that:   (1) such materials shall only be used in defending this case; (2) such materials shall be disclosed only to defendant and his attorney; and, (3) defense counsel shall maintain custody of such materials and shall not reproduce or disseminate the same.

    Dated:   March 10, 2014.

    BY THE COURT:
    /s/ Wiley Y. Daniel
    Wiley Y. Daniel
    Senior U.S. District Judge