**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | April 30, 2014 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Mary George | | |

Criminal Case No.  **09-cr-00424-WYD**          Counsel:

UNITED STATES OF AMERICA,                       Jeremy S. Sibert
                                                Geoffrey Rieman
          Plaintiff,

v.

**1.  MOHAMMED IFTIKHAR MALIK**,               Barrett T. Weisz

          Defendant.

**COURTROOM MINUTES**

**TRIAL PREPARATION CONFERENCE**

**3:09 p.m.**     Court in Session - Defendant present (in-custody)

                  APPEARANCES OF COUNSEL.

                  Court's opening remarks.

**ORDERED:**      Defendant's Motion to Disclose Grand Jury Material to Defendant [ECF Doc. No. 109], filed July 17, 2013, is **GRANTED.**

                  Defendant's Motion in Limine to Exclude Admission of Defendant's Motions Hearing Testimony [ECF Doc. No. 182], filed March 28, 2014, is raised for argument.

3:12 p.m.         Argument by Defendant (Mr. Weisz).

| | |
|---|---|
| 3:23 p.m. | Argument by Government (Mr. Sibert). |
| 3:45 p.m. | Argument by Defendant (Mr. Weisz). |
| 3:53 p.m. | Argument by Government (Mr. Sibert). |
| **ORDERED:** | Defendant's Motion in Limine to Exclude Admission of Defendant's Motions Hearing Testimony [ECF Doc. No. 182], filed March 28, 2014, is **TAKEN UNDER ADVISEMENT.** |
| 3:56 p.m. | Discussion regarding this case being ready for trial the week of May 19, 2014. |
| | Government's Motion to Exclude and Response to Defendant's Expert Notification [ECF Doc. No. 186], filed April 9, 2014, is raised for argument. |
| 3:57 p.m. | Argument by Defendant (Mr. Weisz). |
| 4:00 p.m. | Argument by Government (Mr. Sibert). |
| **ORDERED:** | Government's Motion to Exclude and Response to Defendant's Expert Notification [ECF Doc. No. 186], filed April 9, 2014, is **DEFERRED.** |
| **ORDERED:** | Mr. Weisz may not make any mention of Dr. John Sampson during his opening statement. |
| | Government's Motion in Limine [ECF Doc. No. 200], filed April 24, 2014, is raised for argument. |
| 4:05 p.m. | Argument by Defendant (Mr. Weisz). |
| **ORDERED:** | Government's Motion in Limine [ECF Doc. No. 200], filed April 24, 2014, is **DEFERRED.** |
| **ORDERED:** | Mr. Weisz shall not mention the exhibits during his opening statement. |
| | Government's Response to Defendant's Jury Instructions [ECF Doc. No. 195], filed April 21, 2014, is raised for argument. |
| 4:08 p.m. | Argument by Government (Mr. Sibert). |
| 4:11 p.m. | Discussion regarding jury trial. |
| 4:13 p.m. | Court outlines procedures for jury selection. |

**ORDERED:**   There will be one alternate juror who will be the juror in seat #7.

4:17 p.m.   Discussion regarding time limits for opening statements.

**ORDERED:**   Opening statements shall not exceed **twenty (20) minutes per side.**

**ORDERED:**   Proposed voir dire shall be filed not later than **Friday, May 9, 2014.**

4:20 p.m.   Discussion regarding Government providing Mr. Weisz Bates numbers for exhibits.

**ORDERED:**   Defendant is **REMANDED** into the custody of the U.S. Marshal.

**4:21 p.m.**   Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   1:12**