IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00424-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MOHAMMED IFTIKHAR MALIK,

    Defendant.

## ORDER VACATING IFP ORDER

    Defendant, through counsel, submitted a "Motion to Proceed Informa Pauperis on Appeal." (ECF No. 261). In the Motion, Defendant requests leave to proceed on appeal without prepayment of fees or security therefor, pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. He also asks the Court authorize payment for all necessary transcripts of proceedings for inclusion in the record on appeal. (*Id.*).

    At the commencement of this case, the Court appointed counsel for Defendant pursuant to the Criminal Justice Act ("CJA counsel"), 18 U.S.C. § 3006A based on its determination that Defendant was financially unable to obtain adequate representation. (*See* ECF No. 5). Appointed counsel was granted leave to withdraw by the Tenth Circuit Court of Appeals on September 19, 2014, and new counsel was appointed. (ECF No. 269). On September 24, 2014, I entered an Order granting the Defendant leave to proceed *in forma pauperis* on appeal (ECF No. 272).

    Upon further review, I find that the IFP Motion was filed unnecessarily because this is a CJA case. Further, the Tenth Circuit has addressed Defendant's requests for

transcripts in a September 19, 2014 order.  (ECF No. 269, at 2).  Accordingly, it is

ORDERED that the Order entered on September 24, 2014 (ECF No. 272) is VACATED.  It is

FURTHER ORDERED that the Motion to Proceed Informa Pauperis on Appeal (ECF No. 261) is DENIED as unnecessary.

DATED:  September 25, 2014.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL
Senior United States District Judge